IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00921-REB-PAC

ERIN LAHR,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORPORATION,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion for Expedited Entry of Protective Order [filed August 3, 2006I Doc. No. 16] is **GRANTED**. The attached Stipulated Protective Order shall be entered this date.

Dated: August 18, 2006