**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No 06-cv-00921-REB-PAC

ERIN LAHR,

    Plaintiff,

v.

BALL AEROSPACE AND TECHNOLOGIES CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Motion to Dismiss With Prejudice** [#52], filed January 12, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss With Prejudice** [#52], filed January 12, 2007, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for December 21, 2007, is **VACATED**; and

    4.  That the jury trial set to commence January 7, 2008, is **VACATED**.

    Dated January 12, 2007, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn
United States District Judge**